[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14567
Non-Argument Calendar

_____

D.C. Docket No. 1:19-cv-00204-CG-MU


MACK AUTHER FOREMAN, JR.,

Plaintiff-Appellant,

versus

COMMISSIONER,
DALE LINDER,
Supervisor - City of Fairhope,
TYRON DAVIS,
City of Fairhope,
WARDEN,
JOHNNY PORTIS, et al.,

Defendants-Appellees.


_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(June 17, 2021)

Before WILLIAM PRYOR, Chief Judge, MARTIN and BRANCH, Circuit Judges.

PER CURIAM:

Mack Foreman, Jr., a state prisoner, appeals *pro se* the *sua sponte* dismissal of his amended complaint against state officials for injuries he allegedly suffered after falling off a recycling truck during work release. *See* 42 U.S.C. § 1983. "[W]e read briefs filed by *pro se* litigants liberally," but because Foreman does not mention, much less dispute, the ruling that his claims against the officials failed to state a claim for relief, 28 U.S.C. § 1915(e)(2)(B), we deem abandoned any argument he could have made challenging the dismissal of his complaint on that ground. *See Timson v. Sampson*, 518 F.3d 870, 874 (11th Cir. 2008). Foreman also moves for the appointment of appellate counsel and for discovery, but we do not order discovery and Foreman has no need of counsel on appeal. We affirm the dismissal of Foreman's amended complaint and deny his motions as moot.

**AFFIRMED; MOTIONS DENIED.**